UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY KODLOWSKI,
    Plaintiff,

v.

Case No. 2:12-cv-10255
HON. LAWRENCE P. ZATKOFF

KYLE DAWLEY, City of Westland Police Officer in his individual capacity, MICHAEL LITTLE, City of Westland Police Officer in his individual capacity, and CITY OF WESTLAND, a municipal corporation,
    Defendants.

---

| | |
|---|---|
| The CORRIVEAU LAW FIRM PC<br>By: JOSEPH P. CORRIVEAU (P64479)<br>Attorney for Plaintiff<br>324 E. Main Street<br>Northville, MI. 48167<br>(248) 380-6800<br><br>WE FIGHT THE LAW, PLLC<br>RACINE M. MILLER (P72612)<br>Co-Counsel for Plaintiff<br>17600 Northpark Court<br>Suite 210<br>Southfield, MI. 48075<br>(248) 443-9030 | CUMMINGS, McCLOREY, DAVIS & ACHO, PLC<br>By: GREGORY A. ROBERTS (P33984)<br>Attorney for Defendants<br>33900 Schoolcraft Road<br>Livonia, MI. 48150<br>(734) 261-2400 |

---

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED,** by and between the parties hereto, through their respective attorneys of record, that the above entitled cause of action be, and that same hereby is, dismissed, with prejudice and without costs or attorney fees to any party hereto.

| | |
|---|---|
| /sJoseph Corriveau<br>JOSEPH P. CORRIVEAU (P64479)<br>Attorney for Plaintiff<br>Email: jes@corriveaulaw.com | s/Gregory A. Roberts<br>GREGORY A. ROBERTS (P33984)<br>Attorney for Defendants<br>Email: groberts@cmda-law.com |

Dated: April 17, 2013