UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY KODLOWSKI,

    Plaintiff,

v.                                    Case No. 2:12-cv-10255
                                      HON. LAWRENCE P. ZATKOFF

KYLE DAWLEY, City of Westland Police
Officer in his individual capacity, MICHAEL
LITTLE, City of Westland Police Officer in
his individual capacity, and CITY OF
WESTLAND, a municipal corporation,

    Defendants.

---

| | |
|---|---|
| The CORRIVEAU LAW FIRM PC | CUMMINGS, McCLOREY, DAVIS & ACHO, PLC |
| By: JOSEPH P. CORRIVEAU (P64479) | By: GREGORY A. ROBERTS (P33984) |
| Attorney for Plaintiff | Attorney for Defendants |
| 324 E. Main Street | 33900 Schoolcraft Road |
| Northville, MI. 48167 | Livonia, MI. 48150 |
| (248) 380-6800 | (734) 261-2400 |

WE FIGHT THE LAW, PLLC
RACINE M. MILLER (P72612)
Co-Counsel for Plaintiff
17600 Northpark Court
Suite 210
Southfield, MI. 48075
(248) 443-9030

---

### ORDER OF DISMISSAL

    At a session of said court held in the City of Port Huron,
County of St. Clair State of Michigan on; April 17, 2013

    PRESENT: HON.    Lawrence P. Zatkoff
                    DISTRICT COURT JUDGE

    This matter having being brought by stipulation of the parties herein, and the Court being

otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above entitled cause of action be, and that same hereby is, dismissed, with prejudice and without costs or attorney fees to any party hereto.

 s/Lawrence P. Zatkoff
U.S. DISTRICT JUDGE

Dated:   April 17, 2013